IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Crim. No. 1:00-cr-42 |
| Plaintiff, | ) | |
| -vs- | ) | ORDER FOR JUDGMENT DEBTOR |
| | ) | EXAMINATION |
| LEIGHTON S. EAGLE, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the Application of the United States, and it appearing therefrom that this is a proper case for the appearance of Leighton S. Eagle, judgment debtor:

IT IS ORDERED THAT Leighton S. Eagle appear in the Courtroom of the William L. Guy Federal Building, 220 Rosser Avenue East, Courtroom No. 2, Bismarck, North Dakota, on August 14, 2007, at 11:00 a.m., before the Honorable Charles S. Miller, Magistrate Judge of the United States District Court, to answer questions concerning the judgment debtor's assets, income, expenditures, personal and real property and credits.

IT IS FURTHER ORDERED that the judgment debtor shall bring to the debtor examination a copy of a current pay stub, last federal tax return, all documents evidencing ownership of personal or real property having a value in excess of One Hundred Dollars ($100), and all records and documents listed in Attachment A.

IT IS FURTHER ORDERED that, in the alternative, the judgment debtor may appear before the United States Magistrate Judge at the time and place directed above with a fully-completed (signed and dated) Financial Statement of Individual Debtor

("Financial Statement"), attached to Attachment A to the Application, or submit the completed Financial Statement to the United States Attorney on or before August 9, 2007.

FAILURE TO OBEY THIS ORDER WILL RESULT IN THE ISSUANCE OF A BENCH WARRANT FOR YOUR ARREST.

Dated this 26th day of July, 2007.

/s/ Charles S. Miller, Jr.
CHARLES S. MILLER, Magistrate Judge
United States District Court

("Financial Statement"), attached to Attachment A to the Application, or submit the completed Financial Statement to the United States Attorney on or before August 9, 2007.

FAILURE TO OBEY THIS ORDER WILL RESULT IN THE ISSUANCE OF A BENCH WARRANT FOR YOUR ARREST.

Dated this 26th day of July, 2007.

/s/ Charles S. Miller, Jr.
CHARLES S. MILLER, Magistrate Judge
United States District Court